```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 41832
    DAINA NADYNE HARRIS
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-1206


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/10/2004 and was confirmed 02/09/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  65.77% from remaining funds.

     The case was paid in full 05/22/2008.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED            9425.00         744.55         9425.00
AMERICREDIT FINANCIAL SV  UNSECURED          2080.75            .00         1368.59
COOK COUNTY DEPT OF REVE  PRIORITY            148.63            .00          148.63
AMERICAN GENERAL FINANCE  SPECIAL CLASS      1867.56            .00         1867.56
AMERICASH LOANS LLC       UNSECURED          1051.89            .00          691.87
AMERICASH LOANS LLC       UNSECURED OTH      520.50            .00          342.37
GLOBAL PAYMENTS           UNSECURED            25.00            .00           16.44
CHECK RITE                NOTICE ONLY      NOT FILED            .00             .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED            .00             .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED            .00             .00
COMMONWEALTH EDISON       NOTICE ONLY      NOT FILED            .00             .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED            .00             .00
HARVARD COLLECTION SERVI  UNSECURED        NOT FILED            .00             .00
HCS                       NOTICE ONLY      NOT FILED            .00             .00
JEWEL OSCO/US BANK        UNSECURED        NOT FILED            .00             .00
JEWEL FOOD STORE          NOTICE ONLY      NOT FILED            .00             .00
MARC A MILLER DDS LTD     UNSECURED        NOT FILED            .00             .00
MARC MILLER DDS           NOTICE ONLY      NOT FILED            .00             .00
MEDIA ONE                 UNSECURED        NOT FILED            .00             .00
MEDICAL IMAGINING PROGES  UNSECURED        NOT FILED            .00             .00
MEDICAL IMAGING PROFESSI  NOTICE ONLY      NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED              .00            .00             .00
PEOPLES GAS               NOTICE ONLY      NOT FILED            .00             .00
AT & T BANKRUPCTY         UNSECURED        NOT FILED            .00             .00
AMERITECH                 NOTICE ONLY      NOT FILED            .00             .00
AT & T BANKRUPCTY         UNSECURED        NOT FILED            .00             .00
AT & T BANKRUPCTY         NOTICE ONLY      NOT FILED            .00             .00
TELECHECK RECOVERY SERVI  UNSECURED        NOT FILED            .00             .00
TIME WARNER CABLE         UNSECURED        NOT FILED            .00             .00
TIME WARNER CABLE         NOTICE ONLY      NOT FILED            .00             .00
USA PAYDAY LOANS          UNSECURED          507.50             .00          333.80
DOCTORS & MERCHANTS CRED  UNSECURED          201.55             .00          132.57

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 41832 DAINA NADYNE HARRIS
```

```
COOK COUNTY TREASURER      PRIORITY              .00              .00              .00
PETER FRANCIS GERACI       DEBTOR ATTY      2,700.00                         2,700.00
TOM VAUGHN                 TRUSTEE                                           1,098.62
DEBTOR REFUND              REFUND                                                 .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 18,870.00

PRIORITY                                        148.63
SECURED                                       9,425.00
    INTEREST                                    744.55
UNSECURED                                     4,753.20
ADMINISTRATIVE                                2,700.00
TRUSTEE COMPENSATION                          1,098.62
DEBTOR REFUND                                      .00
                       ---------------      ---------------
TOTALS                  18,870.00            18,870.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 08/27/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
         CASE NO. 04 B 41832 DAINA NADYNE HARRIS